## IN THE SUPREME COURT OF THE STATE OF NEVADA

NICHOLAS W. CROSSMAN, D.O.;
PARMINDER KANG, M.D.; VALLEY
HEALTH SYSTEM, LLC, D/B/A
CENTENNIAL HILLS HOSPITAL
MEDICAL CENTER; AND RAMI
AMIR, M.D,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ERIC JOHNSON, DISTRICT JUDGE,
Respondents,
and
MARY WHITE,
Real Party in Interest.

No. 82332

FILED

MAR 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a summary judgment motion in a medical negligence action. Having considered the petition and supporting documentation, we are not persuaded that petitioners made the required strong showing to invoke mandamus relief. *Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1197 (2020) (stating conditions requisite to mandamus, including that petitioners have a legal right to the act the petition seeks to compel, respondent has a plain duty to perform such act, and the absence of an alternate legal remedy); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679,

818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (pointing out that this court will generally not consider writ petitions challenging orders denying summary judgment). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Eric Johnson, District Judge
     Marquis Aurbach Coffing
     John H. Cotton & Associates, Ltd.
     Hall Prangle & Schoonveld, LLC/Las Vegas
     Tanner Churchill Anderson
     Eighth District Court Clerk